**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER STOECKLIN | Case No. 1:20-CV-584 |
| Plaintiff | |
| vs. | JUDGE MCFARLAND |
| HUBERT COMPANY, LLC | |
| Defendant | STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Fed. Civ. R. 41(a)(1)(A)(ii), the parties in this action stipulate that the Complaint in this matter is dismissed with prejudice. Plaintiff will bear the court costs.

Dated this 14th day of April, 2021.

Respectfully submitted,

/s/ Emily J. Gelhaus per authorization
Emily J. Gelhaus (0076454)
Jackson Lewis P.C.
201 E. Fifth Street, 26th Floor
Cincinnati, OH 45202
(513) 873-2114
Emily.gelhaus@jacksonlewis.com

Trial Attorney for Defendant

/s/ Martin McHenry
Martin McHenry (0022543)
414 Walnut Street, Suite 315
Cincinnati, OH 45242
(513) 241-0441
martinm@mchenrylaw.com

/s/ Doug Morehart per authorization
Doug Morehart (0038668)
Saull Law Offices, LLC
106 South Sandusky Avenue
Upper Sandusky, OH 43351
(419) 731-4070
doug@saull-law.com

Trial Attorneys for Plaintiff

4832-6522-1047, v. 1